Keith Russell JUDD, Plaintiff–
Appellant,

v.

FEDERAL COMMUNICATIONS COM-
MISSION and Federal Election Com-
mission, Defendants–Appellees.

No. 2008–1323.

United States Court of Appeals,
Federal Circuit.

April 29, 2008.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Keith Russell JUDD, Plaintiff–
Appellant,

v.

John B. FOX, Warden, and Federal
Correctional Complex—Beaumont,
Defendants–Appellees.

No. 2008–1321.

United States Court of Appeals,
Federal Circuit.

April 29, 2008.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.